JS 44 (Rev. 11/04) **CIVIL COVER SHEET** APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provid by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiat he civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** DIANA MILLER

**DEFENDANTS** NATIONAL CREDIT AUDIT CORPORATION

**(b)** County of Residence of First Listed Plaintiff ___BURLINGTON___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq., and Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: FDCPA 15 USC § 1692

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes ☐ No.

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 12/4/13

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANA MILLER<br>P.O. Box 2151<br>Vincentown, NJ  08088<br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>NATIONAL CREDIT AUDIT<br>CORPORATION<br>8512 Allen Road<br>Peoria, IL  61615<br>　　　　　　　　　　Defendant | NO. |

## COMPLAINT

### I.　INTRODUCTION

1.　This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

2.　The FDCPA prohibits collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

3.　Defendant is subject to strict liability for sending a collection letter which violates the provisions of the FDCPA.

### II.　JURISDICTION

4.　Jurisdiction arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

### III.　PARTIES

5.　Plaintiff is Diana Miller.  She is a consumer who resides in Vincentown, New Jersey.

6.　Defendant is National Credit Audit Corporation, a debt collection firm with a mailing address as captioned (hereinafter referred to as "NCAC").

7. NCAC regularly engages in the collection of consumer debts using the mails and telephone.

8. NCAC regularly attempts to collect consumer debts alleged to be due another.

9. NCAC is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. §1692a(6).

## IV. STATEMENT OF CLAIM

10. On or about March 18, 2013, defendant NCAC sent Plaintiff a collection notice seeking to collect an alleged consumer debt. A copy of the collection notice is appended hereto as Exhibit "A"(appropriately redacted for privacy per Fed. R. Civ. P. 5.2).

11. The March 18, 2013 letter was sent about one month after NCAC's initial communication to Ms. Miller, which set forth the validation rights notice mandated by the FDCPA at 15 U.S.C. § 1692g.

12. Section 1692g of the FDCPA provides consumers with an informal dispute mechanism by which the consumer can seek verification and validation of an alleged debt.

13. In its March 18, 2013 letter, Defendant states: "Unfortunately, you have failed to respond in a timely manner. As a consequence, we are now legally entitled to assume that you acknowledge the debt but are refusing to pay voluntarily." (Ex. "A").

14. Defendant's statement in its March 18, 2013 letter that plaintiff's failure to dispute the debt allows Defendant to "assume that you acknowledge the debt but are refusing to pay voluntarily" is a false, deceptive and misleading statement in violation of the FDCPA. 15 U.S.C. §1692e and §1692e(10).

2

15. Under the FDCPA, if a consumer does not dispute the validity of a debt, a debt collector can only assume the debt is valid for the purpose of proceeding with collection activity. 15 U.S.C. §1692g(a)(3).

16. The word "acknowledge" has a legal meaning in New Jersey which takes on particular significance in the context of debt collections; the act of "acknowledging" a debt can potentially toll the statute of limitations.

17. The failure of a consumer to dispute a debt does not "acknowledge" the alleged debt or create an indisputable legal obligation. A consumer can dispute the validity of an alleged debt at any time.

18. Failure to dispute a debt has no legal effect on a debtor's rights.

19. Pursuant to §1692g(c) of the FDCPA, "the failure of the consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer."

20. The least sophisticated consumer may be confused that inaction has led to some legal "acknowledgment", when that is not the case.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

22. Defendant has violated the Fair Debt Collection Practices Act by sending a false, deceptive, and misleading communication in violation of 15 U.S.C. §1692e and §1692e(10).

3

**WHEREFORE**, Plaintiff Diana Miller demands judgment against defendant National Credit Audit Corp. for:

(a) Damages;

(b) Attorney's fees and costs; and

(c) Such other and further relief as the Court shall deem just and proper.

## V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Date: 12/4/13

Respectfully submitted:

CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
Attorneys for Plaintiff

**FLITTER LORENZ, P.C.**
525 Rt. 73 South, Ste. 200
Marlton, NJ 08053
856-396-0600

4

# EXHIBIT "A"

# NCAC

National Credit Audit Corporation

P.O. Box 515489, Dallas, TX 75251-5489

March 18, 2013

Diana Miller
772 WESTMINSTER DR N
SOUTHAMPTON, NJ 08088-1129

RE:   Easthampton                                              L22

      File # ▆▆▆33
      Balance ▆▆▆▆

Dear Diana Miller,

We have corresponded with you previously, concerning the above referenced account.

Unfortunately, you have failed to respond in a timely manner. As a consequence, we are now legally entitled to assume that you acknowledge the debt but are refusing to pay voluntarily.

My client expects me to pursue all available legal remedies to effect collection of your account. I urge you to make additional collection efforts unnecessary by remitting the balance or contacting me immediately to discuss payment options. Our payment address is **NCAC, P.O. Box 7247-7437, Philadelphia, PA 19170-7437**. For your convenience, we can accept at no additional cost, checks by phone, Western Union Quick Collect, credit and debit cards. Please call today or visit our website at **payncac.com** for account information and payment options.

Further procrastination on your part will only result in greater expense as well as other undesirable consequences. Act now to protect your credit. I will allow 7 days for your response.

Sincerely,


Rosalinda Garcia  Ext: 4418
469-621-0464
800 779-4894

This is an attempt to collect a debt. Any information obtained will be used for that purpose.